IN THE UNITED STATES DISTRICT COURT

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK BACCARI, an individual,<br>Plaintiff,<br>**v.**<br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF ADULT PAROLE OPERATIONS; COUNTY OF SACRAMENTO; and DOES 1 through 10, inclusive,<br>Defendants. | 2:26-cv-02255-WBS-CKD<br>**ORDER** |

Good cause appearing, Defendants' Unopposed Motion for Administrative Relief Re: Extension of Time to File a Responsive Pleading is **GRANTED**. Defendants shall file a responsive pleading no later than **September 26, 2026.**

Dated: August 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE