IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PATRICK BACCARI, an individual,<br>Plaintiff,<br>**v.**<br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF ADULT PAROLE OPERATIONS; COUNTY OF SACRAMENTO; and DOES 1 through 10, inclusive,<br>Defendants. | 2:26-cv-02255-WBS-CKD<br>**ORDER** |

Under Local Rule 143, the parties stipulated that Plaintiff shall file a First Amended Complaint by October 23, 2026, and in turn, Defendants shall file a responsive pleading by November 23, 2026.

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: September 28, 2026

William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE